IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MARIA TORREZ, individually and on behalf of all others similarly situated, </br></br> Plaintiff, </br></br> v. </br></br> GUIDEHOUSE, LLP, </br></br> Defendant. | ) ) ) ) ) ) Civil Action No. 1:23-cv-647 (RDA/WEF) ) ) ) ) ) |

## ORDER

This matter comes before the Court on the parties' Stipulation of Dismissal. Dkt. 8. Dismissal is proper under Rule 41. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is DISMISSED with prejudice as to all claims brought against Defendant. The parties are to bear their own fees and costs.

The Clerk is directed to forward copies of this Order to counsel of record and to close this civil action.

IT IS SO ORDERED.

Alexandria, Virginia
June 27, 2023

/s/
Rossie D. Alston, Jr.
United States District Judge